IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re                           )        2:06-cv-2657-GEB-KJM
                                )
CHUNG XAY LUU,                  )
                                )
              Debtor.           )
_____)
PREM DHAWAN, Trustee in         )        NON-RELATED CASE ORDER
Bankruptcy,                     )
                                )
              Plaintiff,         )
                                )
     v.                         )
                                )
THAM THI MAI,                   )
                                )
              Defendant.        )
_____)
                                )
In re                           )        2:06-cv-2736-GEB-DAD
                                )
KET A. LAM,                     )
                                )
              Debtor.           )
_____)
THOMAS A. ACEITUNO,             )
                                )
              Plaintiff,         )
                                )
     v.                         )
                                )
CALVIN LAM,                     )
                                )
              Defendant.        )
_____)

        Each above-referenced Defendant has filed a notice of
related case document in which the following conclusory statement is

1

1  made: "[t]he basis for finding [the above-referenced] case[s] to be

2  related . . . is in subdivision 243 of Rule 83-123."[1]

3          Defendants have not sufficiently explained how the cases are

4  related, as required by Local Rule 83-123(b).  This provision of the

5  Local Rule obligates a party asserting that cases are related to

6  include in a notice of related case document, "a brief statement of

7  [the cases'] relationship and the reasons why assignment to a single

8  Judge or Magistrate Judge is likely to effect a savings of judicial

9  effort and other economies."  E.D. Cal. L.R. 83-123(b).  Compliance

10 with this provision of the Local Rule should enable a prompt

11 determination of whether cases are related.

12         Nevertheless, a cursory review of the actions indicates they

13 do not involve the same parties or the same property or transaction.

14 Although motions to withdraw reference have been filed in both

15 actions, and both actions involve claims for fraudulent conveyance,

16 this does not make the actions related under Local Rule 83-123.  Since

17 the relatedness of the actions has not been shown, a related case

18 order is not filed.

19 Dated:  February 20, 2007

20

21         _____
           GARLAND E. BURRELL, JR.
22         United States District Judge

23

24

25

26

27

28

---

[1]      Local Rule 83-123 does not contain a "subdivision 243."