UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| In re:<br><br>KET A. LAM, aka TONDY LAM, d/b/a/ LAM'S MANDARIN, f/d/b/a, GRAND MANDARIN,<br><br>    Debtor,<br>------------------------------<br>THOMAS A. ACEITUNO,<br><br>    Plaintiff,<br><br>    v.<br><br>CALVIN LAM,<br><br>    Defendant.<br>------------------------------ | NO. CIV. S-06-2736 WBS DAD<br><br>(Bankruptcy Court No. 05-28088-C7)<br><br>(Adversary Proceeding No. 06-2302)<br><br><u>ORDER TO SHOW CAUSE RE:</u><br><u>MAINTENANCE OF JURISDICTION</u> |

----oo0oo----

    The court is in receipt of the parties' stipulation substituting Frank's Quality Meats, Inc. ("FQM"), as plaintiff and substituting counsel for plaintiff. The court now raises the question, <u>sua sponte</u>, whether it can maintain jurisdiction over this action if the proposed stipulation is granted.

1

1           Federal courts are courts of limited jurisdiction, only
2  authorized to adjudicate those cases which the Constitution and
3  Congress permit.  <u>Kokkonen v. Guardian Life Ins. Co. of Am.</u>, 511
4  U.S. 375, 377 (1994).  "A federal court is presumed to lack
5  jurisdiction in a particular case unless the contrary
6  affirmatively appears."  <u>Stock W., Inc. v. Confederated Tribes of</u>
7  <u>the Colville Reservation</u>, 873 F.2d 1221, 1225 (9th Cir. 1989)
8  (citing <u>Cal. ex rel. Younger v. Andrus</u>, 608 F.2d 1247, 1249 (9th
9  Cir. 1979)).
10          The district courts have original and exclusive
11 jurisdiction of all cases under title 11 and original, but
12 non-exclusive jurisdiction of all civil proceedings arising
13 under, arising in, or related to a case under title 11.  28
14 U.S.C. § 1334.  A proceeding is related to a bankruptcy case when
15 "the outcome of that proceeding could conceivably have any effect
16 on the estate. . . . [and] could alter the debtor's rights,
17 liabilities, options, or freedom of action (either positively or
18 negatively). . . ."  <u>Pacor, Inc. v. Higgins</u>, 743 F.2d 984, 994
19 (3d Cir. 1984).  The court questions whether there will still be
20 some nexus between this suit and the underlying bankruptcy case
21 if FQM is substituted as plaintiff.  The parties and counsel for
22 FQM are therefore instructed to simultaneously brief the question
23 of whether the court would still have jurisdiction if FQM is
24 substituted as plaintiff in this action.
25          This case is set for Status Conference at 2:00 p.m. on
26 ///
27 ///
28 ///

1  August 13, 2007.  The briefs shall be filed on or before July 30,
2  2007.
3              IT IS SO ORDERED.
4  DATED:  July 6, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE