1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

In re:

KET A. LAM, aka TONDY LAM,
d/b/a LAM'S MANDARIN, f/d/b/a,
GRAND MANDARIN,

    Debtor,

-----------------------------

THOMAS A. ACEITUNO,

    Plaintiff,

    v.

CALVIN LAM,

    Defendant.

----------------------------

NO. CIV. S-06-2736 WBS DAD

(Bankruptcy Court No.
05-28088-C7)

(Adversary Proceeding No.
  06-2302)

ORDER

----oo0oo----

On July 6, 2007, the court ordered the parties and
Frank's Quality Meats, Inc. ("FQM"), to show cause as to whether
the court could maintain jurisdiction over this action if the
proposed stipulation substituting FQM for the Trustee is granted.
The court is now in receipt of the requested submissions.

1

1        The district courts have original and exclusive

2  jurisdiction of all cases under Title 11 and original, but

3  non-exclusive jurisdiction, of all civil proceedings arising

4  under, arising in, or related to a case under Title 11.  28

5  U.S.C. § 1334.  A proceeding is related to a bankruptcy case when

6  "the outcome of that proceeding could conceivably have any effect

7  on the estate . . . [and] could alter the debtor's rights,

8  liabilities, options, or freedom of action (either positively or

9  negatively) and which in any way impacts upon the handling and

10  administration of the bankrupt estate."  Pacor, Inc. v. Higgins,

11  743 F.2d 984, 994 (3d Cir. 1984); see also In re Feitz, 852 F.2d

12  455, 457 (9th Cir. 1988).  Moreover, "the proceeding need not

13  necessarily be against the debtor or against the debtor's

14  property."  Pacor, 743 F.2d at 994.

15        From the submissions, it appears that this action could

16  affect the Trustee's payments to unsecured creditors because the

17  amount of any recovery obtained by FQM could conceivably reduce

18  the amount of FQM's unsecured claim.  Accordingly, the court

19  retains jurisdiction of this action, and the hearing scheduled

20  for August 13, 2007, is VACATED.

21        IT IS SO ORDERED.

22  DATED:  August 3, 2007

23

24  WILLIAM B. SHUBB

25  UNITED STATES DISTRICT JUDGE

26

27

28