ESTELA O. PINO, State Bar No. 112975
JULIE A. BROWN, State Bar No. 228695
**PINO & ASSOCIATES**
4600 Northgate Blvd., Suite 215
Sacramento, California 95834
Telephone: (916) 641-2288
Facsimile: (916) 641-1888

Attorneys for Plaintiff Frank's Quality Meats, Inc.

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)**

| | |
|---|---|
| IN RE:<br><br>KET A. LAM, aka TONY LAM, dba LAM'S MANDARIN, fdba GRAND MANDARIN,<br><br>    DEBTOR.<br><hr>FRANK'S QUALITY MEATS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CALVIN LAM,<br><br>    Defendant.<br><hr> | U.S. District Court No.:<br>2:06-cv-02736-WBS-DAD<br><br>Bankruptcy Case No.: 05-28088-C-7<br>Chapter 7<br><br>Adversary Proceeding No.: 06-02302-C |

1

**ORDER**

Plaintiff has moved ex parte to vacate and modify the Pretrial Scheduling Order.  Defendant opposes the motion.

IT IS THEREFORE ORDERED that counsel appear at a Status Conference in this court at 2:00 p.m. on September 24, 2007, to discuss the matters raised in plaintiff's motion.

IT IS SO ORDERED.

Dated:  September 10, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE