```
                   UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF CALIFORNIA

                          ----oo0oo----
```

IN RE:

KET A. LAM, aka TONY LAM,                NO. CIV. S-07-01858 LEW KJM

      Debtor.
_____/

FRANK'S QUALITY MEATS, INC.,             Bankruptcy Case No. 05-28088-
                                         C7; Adversary No. 06-2194
      Plaintiff,
v.

KET A. LAM, aka TONY LAM,

      Defendant.                <u>RELATED CASE ORDER</u>
_____/

IN RE:

KET A. LAM, AKA TONY LAM,

      Debtor.                   NO. CIV. S-06-02736 WBS DAD
_____/

FRANK'S QUALITY MEATS, INC.,             Bankruptcy Case No. 05-28088-
                                         C7; Adversary No. 06-2194
      Plaintiff,
v.

KET A. LAM, aka TONY LAM,

      Defendant.
_____/

        Examination of the above-entitled actions reveals that

they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1984).  The actions involved both arise from and are related to the bankruptcy case of <u>In re Ket A. Lam</u>, filed on July 1, 2005.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

      The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

      IT IS THEREFORE ORDERED that the actions denominated <u>Frank's Quality Meats, Inc. v. Calvin Lam</u>, CIV. NO. S-07-1858 LEW KJM and <u>Frank's Quality Meats, Inc. v. Calvin Lam</u>, CIV. NO. S-06-02736 WBS DAD should be, and the same hereby are, deemed related and the case denominated <u>Frank's Quality Meats, Inc. v. Calvin Lam</u>, CIV. NO. S-07-1858 LEW KJM shall be reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge Dale A. Drozd for all further proceedings. Any dates currently set in the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as <u>Frank's Quality Meats, Inc. v. Calvin Lam</u>, CIV. NO. S-07-1858 WBS DAD.

      IT IS FURTHER ORDERED  that the Clerk of the Court
//
//

make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: September 11, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE