ESTELA O. PINO, State Bar No. 112975
**PINO & ASSOCIATES**
4600 Northgate Blvd., Suite 215
Sacramento, California 95834
Telephone: (916) 641-2288
Facsimile: (916) 641-1888

Attorneys for Plaintiff Frank's Quality Meats, Inc.

THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| In re:<br><br>KET A LAM, AKA TONY LAM, DBA LAM'S MANDARIN, FDBA GRAND MANDARIN,<br><br>     Debtor.<br><br>FRANK'S QUALITY MEATS, INC.,<br><br>     Plaintiff(s),<br><br>v.<br><br>CALVIN LAM,<br><br>     Defendant(s). | USDC No.: 2:06-CV-02736-WBS-DAD<br><br>Bk Case No. 05-28088-C-7<br><br>[~~proposed~~] **STIPULATED ORDER** |

The Pretrial Conference in civil action 2:06-CV-02736-WBS-DAD (hereinafter referred to as the "Civil Action"), took place before this Court on Monday, December 17, 2007, commencing at 2:00 p.m. Estela O. Pino of Pino & Associates appeared on behalf of Frank's Quality Meats, Inc ., the Plaintiff (hereinafter referred to as "FQM"). W. Austin Cooper of W. Austin

**STIPULATED ORDER**
Page 1 of 3

1  Cooper, a Professional Corporation appeared on behalf of Calvin Lam, the
2  Defendant ( hereinafter referred to as "Calvin Lam").  Certain stipulations were
3  made on the record in open court during the Pretrial Conference.
4      Based on the stipulations of the parties, made on the record in open Court by
5  and through their respective attorneys of record, and good cause appearing
6  therefor,
7      IT IS HEREBY ORDER, ADJUDGED AND DECREED as follows:
8      1.   The request for a money judgment against Calvin Lam in this Civil
9  Action is irrevocably  withdrawn; and
10     2.   The request for a jury trial in this Civil Action is irrevocably
11 withdrawn by Calvin Lam; and
12     3.   The reference of this  Civil Action is reinstated for all purposes; and
13     4.   This Civil Action is referred to the Honorable Christopher M. Klein,
14 Bankruptcy Judge, for all purposes.
15 DATED:  December 18, 2007

         _____
         WILLIAM B. SHUBB
         UNITED STATES DISTRICT JUDGE

21 APPROVED AS TO FORM AND CONTENT
22 DATED: December 18, 2007          PINO & ASSOCIATES
23                                   By:   /Estela O. Pino/
                                     Estela O. Pino
24                                   Attorneys for
                                     Frank's Quality Meats, Inc., Plaintiff

**STIPULATED  ORDER**
Page 2 of  3

1  DATED: December 17, 2007        W. AUSTIN COOPER, A
                                   PROFESSIONAL CORPORATION
2
3                                  By:  /W. Austin Cooper/
                                        W. Austin Cooper
4                                       Attorneys for Calvin Lam, Defendant